PHILLIP A. TALBERT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant,
United States Department of Veterans Affairs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE K. RHOADS and MARK FISHER,<br><br>                                  Plaintiffs,<br><br>                   v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, a Federal Agency,<br><br>                                  Defendant. | Case No. 1:16-cv-01273-LJO-EPG<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT**<br><br>Date:   March 10, 2017<br>Time:  8:30 a.m.<br>Ctrm:  4 (Chief Judge Lawrence J. O'Neill) |

        The parties to this action stipulate and request that the Court order the following modification to the Stipulated Briefing Schedule for Summary Judgment (ECF No. 12).  The proposed modification extends by two (2) days the deadline for each remaining filing, with the hearing date of March 10, 2017, at 8:30 a.m. (*see* Minute Order, ECF No. 14), to remain unchanged.

| **Filing** | **Original Date** | **As Modified** |
|---|---|---|
| Defendant's Opposition and Cross-Motion | February 15, 2017 | February 17, 2017 |
| Plaintiffs' Reply and Opposition to Cross-Motion | February 22, 2017 | February 24, 2017 |
| Defendant's Reply | March 1, 2017 | March 3, 2017 |

/ / /

/ / /

1                                                      Respectfully submitted,

2  Dated: February 9, 2017                     PHILLIP A. TALBERT
United States Attorney

 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendant

Dated: February 9, 2017                     WANGER JONES HELSLEY PC

[Authorized February 9, 2017]

 /s/ Jay A. Christofferson
JAY A. CHRISTOFFERSON
ERIN T. HUNTINGTON
Attorney for Plaintiffs

IT IS SO ORDERED.

    Dated:   **February 10, 2017**             **/s/ Lawrence J. O'Neill**
                                         UNITED STATES CHIEF DISTRICT JUDGE